EDISON ELECTRIC CO. v. WESTINGHOUSE, CHURCH, KERR & CO.

(Circuit Court, D. New Jersey. November 20, 1890.)

1. WITNESSES—EQUITY—TAKING OF TESTIMONY—CROSS-EXAMINATION.

Where complainants' notice for the taking of testimony signifies a desire that the testimony be taken orally, defendants will be allowed to cross-examine complainants' foreign witness orally if they so elect, immediately following the close of the direct examination.

2. SAME—WITHDRAWAL OF INTERROGATORIES.

Where defendants elect to cross-examine complainants' foreign witness orally, complainants will be given leave to withdraw direct interrogatories filed by them, and examine the witness orally.

Edmund Wetmore, Leonard E. Curtis, and Wm. S. Gummere, for defendants.

GREEN, District Judge. 1. Construing the notice given by complainants to defendants for the taking of testimony as a notice that complainants desired the testimony in the cause to be taken

orally, and following the case of Bischoffscheim v. Baltzer (C. C.) 10 Fed. 1, I think it proper to permit the defendants to cross-examine Sir William Thomson orally, if they so elect. Such election must be made within 10 days from date.

2. If defendants elect to cross-examine orally, such cross-examination must immediately follow the close of the direct examination. The commissioner will not be directed to return the answers of witness to the direct interrogatories for examination by defendants before the commencement of the cross-examination.

3. If defendants elect to cross-examine orally, complainants have leave, if they choose, to withdraw the direct interrogatories heretofore filed, and examine Sir William Thomson orally.

4. If defendants elect to cross-examine by written cross-interrogatories, let them be filed within 10 days from date.